FILED
JUN 1 2 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1926-BEN |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ALFREDO DELGADILLO-CORONADO, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about 3/23/04, within the Southern District of California, defendant ALFREDO DELGADILLO-CORONADO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:San Diego
5/30/08

## Count 2

On or about April 21, 2008, within the Southern District of California, defendant ALFREDO DELGADILLO-CORONADO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 6/12/08

KAREN P. HEWITT
United States Attorney

*[signature]*
for CALEB E. MASON
Assistant U.S. Attorney