KAREN P. HEWITT
United States Attorney
CALEB E. MASON
Assistant U.S. Attorney
California State Bar No. 246653
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5956 / (619) 235-2757 (Fax)
Email: Caleb.Mason@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1926-GT |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF APPEARANCE |
| ALFREDO DELGADILLO-CORONADO, | ) ) | |
| T/N ALFREDO CORONADO-DELGADILLO, | ) | |
| Defendant. | ) ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name (If none, enter "None" below)

None.

//

//

//

1

2

3        Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

4    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

5    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

6    association):

7        <u>Name</u> (If none, enter "None" below)

8        None.

9        Please call me if you have any questions about this notice.

10       DATED:  June 27, 2008.

                                  Respectfully submitted,

11
                                  KAREN P. HEWITT
12                                United States Attorney

13                                s/*Caleb E. Mason*
                                  CALEB E. MASON
14                                Assistant United States Attorney
                                  Attorneys for Plaintiff
15                                United States of America
                                  Email: Caleb.Mason@usdoj.gov
16

17

18

19

20

21

22

23

24

25

26

27

28                                        2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1926-GT |
| Plaintiff, | ) | |
| v. | ) | |
| ALFREDO DELGADILLO-CORONADO, | ) | CERTIFICATE OF SERVICE |
| T/N ALFREDO CORONADO-DELGADILLO, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CALEB E. MASON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Charles H. Adair, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

s/ *Caleb E. Mason*
CALEB E. MASON