AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
AUG 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ALFREDO DELGADILLO-CORONADO, T/N Alfredo Coronado-Delgadillo, | CASE NUMBER: 08CR1926-BEN |

I, <u>ALFREDO CORONADO-DELGADILLO</u>, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___8/14/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Alfredo Coronado Delgadillo_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER